UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRYANT JOSEPH FILER,

Plaintiff,

v.

A. GUZMAN-RODRIGUEZ, *et al.*,

Defendants.

Case No.: 1:25-cv-01615-CDB (PC)

FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANT I. CAMPOS

**14-Day Objection Deadline**

Clerk of the Court to Assign District Judge

Plaintiff Bryant Joseph Filer is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action with the filing of a complaint on November 21, 2025. (Doc. 1).

**Relevant Background**

On June 24, 2026, the undersigned issued the first screening order. (Doc. 11). The undersigned found Plaintiff's complaint plausibly alleges a claim of excessive force under the Eighth Amendment to the U.S. Constitution against Defendant Guzman-Rodriguez but fails to properly plead any such claim against Defendant Campos and fails to allege any other cognizable claim. *Id*. at 6-7. Accordingly, Plaintiff was ordered to do one of the following within 30 days of the date of service of the order: (1) file a first amended complaint curing the deficiencies identified by the Court in the first screening order; *or* (2) notify the Court in writing that he did not wish to file a first amended complaint and that he was willing to proceed only on the cognizable claims,

with the remaining claims to be dismissed; *or* (3) file a notice of voluntary dismissal. *Id*. at 8.

In a July 9, 2026, filing, dated and signed July 3, 2026, Plaintiff asserts that he will "stand on the complaint as screened, subject to the action proceeding on the excessive force claim found cognizable in said complaint." (Doc. 13).

**Conclusion and Recommendations**

The Clerk of the Court is directed to randomly assign a District Judge.

For the reasons set forth in the Court's first screening order (Doc. 11), it is HEREBY RECOMMENDED that:

1. This action PROCEED only on Plaintiff's claims of excessive force under the Eighth Amendment against Defendant Guzman-Rodriguez; and
2. The remaining claims in Plaintiff's complaint (Doc. 1) and Defendant I. Campos be DISMISSED.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with a copy of these Findings and Recommendations, a party may file written objections with the Court. Local Rule 304(b). The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations" and **shall not exceed 15 pages** without leave of Court and good cause shown. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. **Any pages filed in excess of the 15-page limitation may be disregarded** by the District Judge when reviewing these Findings and Recommendations under 28 U.S.C. § 636(b)(l)(C). A party's failure to file any objections within the specified time may result in the waiver of certain rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.

Dated: **July 10, 2026**

UNITED STATES MAGISTRATE JUDGE