**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BRYANT JOSEPH FILER,

Plaintiff,

v.

A. GUZMAN-RODRIGUEZ, *et al.*,

Defendants.

Case No. 1:25-cv-01615-JLT-CDB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS

(Doc. 15)

Plaintiff Bryant Joseph Filer Springs is a state prisoner proceeding pro se and *in forma pauperis* in this action. (Docs. 1, 7.)

On June 24, 2026, the assigned magistrate judge issued the first screening order pursuant to 28 U.S.C. § 1915A and found Plaintiff stated cognizable claims under the Eighth Amendment against Defendant A. Guzman-Rodriguez but failed to properly plead any such claims against Defendant I. Campos. (Doc. 11 at 7-8.) The magistrate judge granted Plaintiff leave to file a first amended complaint or, in the alternative, to stand on the complaint as screened, subject to dismissal of the claims found non-cognizable. (*Id.* at 8.)

On July 9, 2026, Plaintiff timely filed a notice informing the Court that he wished to stand on the complaint as screened. (Doc. 13.) On July 13, 2026, the magistrate judge issued findings and recommendations to dismiss all remaining claims, aside from those asserting excessive force under the Eighth Amendment against Defendant Guzman-Rodriguez, and to dismiss Defendant

Campos. (Doc. 15.) The findings and recommendations were served on Plaintiff and notified him that any objections were due within 14 days. (*Id.* at 2.) Plaintiff was advised that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Plaintiff did not file objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations (Doc. 15) issued on July 13, 2026, are **ADOPTED** in full.
2. This action **SHALL** proceed on Plaintiff's complaint (Doc. 1) only on the cognizable claims against Defendant Guzman-Rodriguez of excessive force under the Eighth Amendment.
3. All other claims are **DISMISSED** from this action for failure to state claims upon which relief may be granted.
4. Defendant Campos is **DISMISSED** from this action.
5. This action is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: August 3, 2026

UNITED STATES DISTRICT JUDGE